■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALAH AHMED, Appellant. [932 NYS2d 726]–

The defendant's contention that the evidence was legally insufficient to support his convictions of assault in the first degree and criminal possession of a weapon in the fourth degree, including disproving his defense of justification, is unpreserved for appellate review (*see* CPL 470.05; *People v Hawkins*, 11 NY3d 484, 492 [2008]; *People v Gray*, 86 NY2d 10, 19 [1995]; *People v McDaniel*, 84 AD3d 1410, 1411 [2011], *lv denied* 17 NY3d 819 [2011]; *People v Walker*, 78 AD3d 1082, 1083 [2010]; *People v Battle*, 73 AD3d 939, 940 [2010]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to disprove the justification defense and to establish the defendant's guilt of assault in the first degree and criminal possession of a weapon in the fourth degree beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342, 348 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the jury's rejection of the justification defense and the verdict of guilt were not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The defendant's remaining contentions are without merit. Florio, J.P., Hall, Austin and Cohen, JJ., concur. **[Prior Case History: 2009 NY Slip Op 31515(U).]**